■ In the Matter of JERMAINE J., a Child Alleged to be Neglected. HOWARD J., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [993 NYS2d 34]—Order, Family Court, New York County (Clark V. Richardson, J.), entered on or about April 16, 2013, which, after a fact-finding hearing, determined that respondent father neglected the subject child by inflicting excessive corporal punishment upon the child, unanimously affirmed, without costs.

Petitioner established by a preponderance of the evidence that the father neglected the child by hitting him with a belt,

punching him in the face and stomach, and kicking him in the leg (*see* Family Ct Act §§ 1012 [f]; 1046 [b]). The child's out-of-court statements were corroborated by the caseworker, the child's teacher, the school guidance counselor, the child protective specialist, and by photographs of bruises on the child (*see Matter of Nicole V.*, 71 NY2d 112, 118 [1987]). The caseworker also stated that the father admitted hitting the child with an open hand on his arms, legs and buttocks. Contrary to the father's contention, his conduct went well beyond any common-law right to use reasonable force to discipline his child (*compare Matter of Christy C. [Jeffrey C.]*, 74 AD3d 561, 562-563 [1st Dept 2010]). Concur—Tom, J.P., Friedman, Acosta, DeGrasse and Gische, JJ.